### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**HARRY W. SIMMONS**                                                     **PLAINTIFF**

**v.**                                             **CAUSE NO: 3:17CV00044-MPM-JMV**

**PANOLA COUNTY, MS, ET AL.**                                **DEFENDANTS**

### ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . a motion asserting an immunity defense . . . stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."  Because defendants have raised the issue of immunity by separate motions [10, 12],

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings and the case management conference are hereby **STAYED** pending a ruling on the immunity motions.

This 5th day of April, 2017.

                                                                       /s/ Jane M. Virden
                                                                       U.S. Magistrate Judge